# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE

---

UNITED STATES OF AMERICA,

V.

SAYEE CHAITANYA REDDY DEVAGIRI,
MATHEUS DUARTE,
MANASWI MANDADAPU, &
HARI VAMSI ANNE

## CR 24-00451-PCP (NC)

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud

---

FILED
Aug 07 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

A true bill.

/s/ Foreperson of the Grand Jury
                                    Foreman

Filed in open court this  7th  day of

August, 2024.

                                    Clerk

_____ Bail, $ no bail warrant

U.S. Magistrate Judge Lisa J. Cisneros

**FILED**

Aug 07 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAYEE CHAITANYA REDDY DEVAGIRI, <br> MATHEUS DUARTE, <br> MANASWI MANDADAPU, & <br> HARI VAMSI ANNE, <br><br> Defendants. | CASE NO.   5:24-cr-00451 PCP (NC) <br><br> VIOLATIONS: <br> 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; <br> 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

I N D I C T M E N T

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1.  Defendant SAYEE CHAITANYA REDDY DEVAGIRI was an individual residing in the Northern District of California.

2.  Defendant MATHEUS DUARTE was an individual residing in the Northern District of California.

3.  Defendant MANASWI MANDADAPU was an individual residing in the Central District of California.

INDICTMENT

4. Defendant HARI VAMSI ANNE was an individual residing in the Central District of California.

5. Entity One was a company headquartered in San Francisco, California. Entity One's business includes providing delivery services to customers throughout Northern California, including Santa Clara County. Entity One's customers can place orders using Entity One's website or application, and individual drivers fulfill those orders by collecting the ordered items from restaurants and other merchants, and delivering them to customers.

6. When an order is placed, Entity One's computer systems automatically assign the order to a driver. A driver may accept or reject the order using Entity One's computer systems. Once a delivery is complete, a driver may request payment from Entity One using Entity One's computer systems.

7. Certain employees of Entity One can use Entity One's computer systems to reassign an order from one driver to another, or to designate an order as in process or complete.

8. Entity Two was a vendor that provided services to Entity One, including facilitating payments to drivers on Entity One's behalf.

9. Individual One was an individual employed by Entity One from November 2020 until December 2020. As an employee of Entity One, Individual One had access to Entity One's internal computer systems.

10. Individual Two was an individual employed by Entity One in February 2021. As an employee of Entity One, Individual Two had access to Entity One's internal computer systems.

COUNT ONE:    (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud)

11. Beginning in or about November 2020 and continuing through or about February 2021, in the Northern District of California and elsewhere, the defendants,

SAYEE CHAITANYA REDDY DEVAGIRI,
MATHEUS DUARTE,
MANASWI MANDADAPU, &
HARI VAMSI ANNE,

and others, did knowingly conspire to devise and intend to devise a scheme and artifice to defraud as to a material matter and to obtain money and property by means of materially false and fraudulent

INDICTMENT                                    2

pretenses, representations, and promises, and by omission and concealment of material facts, and, for the purpose of executing such scheme or artifice and attempting to do so, transmit, and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

## The Manner and Means of the Conspiracy

12. In order to achieve the objectives of the conspiracy, DEVAGIRI, DUARTE, MANDADAPU, and ANNE, with assistance from others:

   a. Created multiple fraudulent customer and driver accounts with Entity One;
   
   b. Used fraudulent customer accounts to place orders for the delivery of food items from restaurants throughout Northern California, including Santa Clara County;
   
   c. Used Individual One and Individual Two's access to Entity One's computer systems to reassign the orders placed by the fraudulent customer accounts to fraudulent driver accounts;
   
   d. Used the fraudulent driver accounts to falsely report that the orders had been delivered, and to request payment for deliveries that never occurred;
   
   e. Used bank accounts controlled by DEVAGIRI, DUARTE, MANDADAPU, ANNE, and others to receive payments; and
   
   f. Used Individual One and Individual Two's access to Entity One's computer systems to revert orders from "complete" status to "in process" status, and to assign the orders to fraudulent driver accounts, beginning the process again.

13. In this way, DEVAGIRI, DUARTE, MANDADAPU, and ANNE, with assistance from other individuals known and unknown to the Grand Jury, induced Entity Two to make recurring payments on Entity One's behalf for deliveries that never occurred.

FORFEITURE ALLEGATION:   (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

14. The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

INDICTMENT                                             3

15. Upon conviction for any of the offenses set forth in this Indictment, the defendants,

SAYEE CHAITANYA REDDY DEVAGIRI,
MATHEUS DUARTE,
MANASWI MANDADAPU, &
HARI VAMSI ANNE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendants obtained directly and indirectly, as the result of those violations, including but not limited to the following:

    a. A money judgment in the amount of $2,590,195.

16. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code,

//
//
//
//
//
//
//
//

INDICTMENT                    4

Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: August 7, 2024                              A TRUE BILL.

                                                      /s/*Foreperson*
                                            FOREPERSON
                                            San Francisco, California

ISMAIL J. RAMSEY
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
JEFFREY D. NEDROW
Assistant United States Attorneys

INDICTMENT                                           5